

# Fourth Court of Appeals
## San Antonio, Texas

February 28, 2014

No. 04-13-00094-CV

Dr. Hector **FARIAS** and Voices in Democratic Action (VIDA),
Appellants

v.

Eduardo A. **GARZA** and Uni-Trade Forwarding, L.C.,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012-CVT-001496-D1
Honorable Fred Shannon, Judge Presiding

# O R D E R

Sitting:     Catherine Stone, Chief Justice
              Sandee Bryan Marion, Justice
              Patricia O. Alvarez, Justice

The Appellees' Second Motion for Extension of Time to file Motion for Rehearing and Motion for En Banc Reconsideration is GRANTED. The Appellees' Motion for Rehearing and Motion for En Banc Reconsideration are deemed filed February 24, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of February, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court